```
CRAIG H. MISSAKIAN
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
David.Priddy@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAZANNA ASHLEY RINESS,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 3:25-cv-04332-LJC<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Appeals Council will instruct the Administrative Law Judge to offer Plaintiff the opportunity for a new hearing, take any further action needed to complete the administrative record, and

Stip. to Vol. Remand, 3:25-cv-04332-LJC              1

issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: August 27, 2025      By:   /s/ *Francesco Benavides*
                                  FRANCESCO BENAVIDES
                                  (as authorized by email)
                                  Attorney for Plaintiff


Dated: August 27, 2025            CRAIG H. MISSAKIAN
                                  United States Attorney
                                  MATHEW W. PILE
                                  Associate General Counsel
                                  Office of Program Litigation


                            By:   /s/ *David Priddy*
                                  DAVID PRIDDY
                                  Special Assistant U.S. Attorney
                                  Attorneys for Defendant


IT IS SO ORDERED:

DATE: August 27, 2025       _____
                            HONORABLE LISA J. CISNEROS
                            UNITED STATES MAGISTRATE JUDGE